AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDWARD J. ARMBRUSTER, III

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE N~~U~~

Case: 1:08-cv-00189
Assigned To : Friedman, Paul L.
Assign. Date : 1/31/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'~~S ATTORNEY~~ PRO SE (name and address)

EDWARD J. ARMBRUSTER, III
701 EAST BLUFF STREET
# 2204
FORT WORTH, TEXAS
76102

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

[signature]
(By) DEPUTY CLERK

JAN 3 1 2008
DATE

**RECEIVED**

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 25, 2008 |
| NAME OF SERVER (PRINT) Samara J. Orr | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): USPS Registered mail no. RB116088436 US

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Waived | SERVICES Waived | TOTAL Waived |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 25, 2008    *Samara S. Orr*
            Date                    Signature of Server

            1302 Crane Drive, TX. 76039
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Receipt 1

**Registered No.** RB 116 088 436 US

| Reg. Fee | $9.50 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 0101 |
| Postage | $4.60 | Restricted Delivery | $0.00 | 09 02/25/08 |

Received by:

Customer Must Declare Full Value $$0.00
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
Samara J. Orr
1302 Crane Drive
Euless, Texas 76039

**TO:**
Kasey - U.S.A.G.
DOJ - Attn: Civil Process Clerk
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

## Receipt 2

**Registered No.** RB 116 088 440 US

| Reg. Fee | $9.50 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 0101 |
| Postage | $4.60 | Restricted Delivery | $0.00 | 09 02/25/08 |

Received by:

Customer Must Declare Full Value $$0.00
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:**
Samara J. Orr
1302 Crane Drive
Euless, Texas 76039

**TO:**
Taylor / Civil Process Clerk
U.S. Attorney - District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EDWARD J. ARMBRUSTER, III
V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE N:
Case: 1:08-cv-00189
Assigned To : Friedman, Paul L.
Assign. Date : 1/31/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

**U.S. Attorney**
**555 4th St. NW**
**Washington DC 20001**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

EDWARD J. ARMBRUSTER, III
701 EAST BLUFF STREET
# 2204
FORT WORTH, TEXAS
76102

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

JAN 3 1 2008
DATE

**RECEIVED**

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE February 25, 2008 |
| NAME OF SERVER (PRINT) Samara J. Orr | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): USPS Registered mail No. RB116088440US

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Waived | Waived | Waived |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 25, 2008        [signature]
                Date                     Signature of Server

1302 Crane Drive, Euless, TX, 76039
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



