IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDWARD J. ARMBRUSTER, III, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-00189 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: May 12, 2008.

                                                          Respectfully submitted,

                                                          /s/ Beatriz T. Saiz
                                                          BEATRIZ T. SAIZ
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          P.O. Box 227
                                                          Ben Franklin Station
                                                          Washington, DC 20044
                                                          Phone/Fax: (202) 307-6585/514-6866
                                                          Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 12, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Edward J. Armbruster III
>701 East Bluff Street
>#2204
>Fort Worth, TX 76102

>       /s/ Beatriz T. Saiz
>     BEATRIZ T. SAIZ